UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

SHAQUITA LIGE,

      Plaintiff,

      v.                                       Civil Action No. 2:23cv682 (EWH)

BAE SYSTEMS NORFOLK
SHIP REPAIR, INC., *et al.*,

      Defendants.

## ORDER

Plaintiff Shaquita Lige ("Plaintiff"), appearing *pro se*, submitted an Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application"),[1] along with a proposed Complaint. IFP Appl., ECF No. 1; Proposed Compl., ECF No. 1-1. Plaintiff's initial filings were unsigned; however, Plaintiff subsequently submitted signed documents to the Court. Signed IFP Appl., ECF No. 1-2; Signed Proposed Compl., ECF No. 1-3.

Upon review of the financial information submitted by Plaintiff, the Court is satisfied that Plaintiff qualifies for *in forma pauperis* status. Accordingly, Plaintiff's signed IFP Application, ECF No. 1-2, is GRANTED, and the Clerk is DIRECTED to file Plaintiff's signed Complaint.[2]

---

[1] When a party proceeds in district court without prepaying fees or costs, it is said that the party is proceeding *in forma pauperis*. As such, the Court will refer to Plaintiff's fee waiver application as an "IFP Application."

[2] Plaintiff attached a certification to her signed Complaint, in which she states that an attorney named Joshua Friedman "prepared or assisted" Plaintiff in the preparation of her filing. Signed Compl. at 15. Local Civil Rule 83.1 details the requirements regarding attorney admission and ghostwriting *pro se* motions. Mr. Friedman is not admitted to practice before this Court. Absent admission, it is improper for him to prepare or assist Plaintiff in this matter. *See* E.D. Va. Loc. Civ. R. 83.1(G) ("Any attorney appearing before, or signing pleadings or other filings with

Additionally, the Clerk is DIRECTED to prepare Notice of Lawsuit and Waiver of Service forms for Defendants. A copy of the signed Complaint, this Order, the Notice of Lawsuit, and two copies of the Waiver of Service form are to be sent to each Defendant at the addresses provided by Plaintiff. If any Defendant fails to waive service, the Clerk is DIRECTED to (i) issue a summons, (ii) prepare a packet containing a summons, a copy of the signed Complaint, and this Order for any such Defendant, and (iii) deliver the packet to the United States Marshal, who is DIRECTED to serve the packet on any such Defendant.

In addition to the instructions set forth above, the Clerk is DIRECTED to send a copy of this Order to Plaintiff.

It is SO ORDERED.

_____/s/_____

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: April 17, 2024

---

the Court, must be admitted or authorized to practice . . . ."); E.D. Va. Loc. Civ. R. 83.1(N)(1) (explaining that an attorney who "prepares any document" for a party proceeding pro se "shall be considered to have entered an appearance in the proceeding").