IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK

| | |
|---|---|
| SHAQUITA LIGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BAE SYSTEMS NORFOLK SHIP REPAIR, INC. and<br>BAE SYSTEMS SHIP REPAIR, INC.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00682 EWH-DEM<br><br>JURY DEMAND |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Christine Costantino, hereby enter my appearance as

counsel for Defendants BAE Systems Norfolk Ship Repair, Inc. and BAE Systems Ship Repair,

Inc.  I certify that I am admitted to practice in this Court.

Respectfully submitted,

BAE SYSTEMS NORFOLK SHIP REPAIR, INC.
and BAE SYSTEMS SHIP REPAIR, INC.


*/s/  Christine M. Costantino*

Christine M. Costantino (VSB 86986)
Seyfarth Shaw LLP
975 F Street, N.W.
Washington, DC  20004-1454
Telephone:  (202) 463-2400
ccostantino@seyfarth.com

Date:  May 8, 2024

310978585v.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of May, 2024, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system sent a copy via U.S. Mail to

Plaintiff at the following address:

> Shaquita Lige
> Apartment 303
> 1401 Barlingame Place
> Chesapeake, VA  23320
> Telephone:  (757) 386-6322

> */s/  Christine M. Costantino*
> Christine M. Costantino (VSB 86986)
> Seyfarth Shaw LLP
> 975 F Street, N.W.
> Washington, DC  20004-1454
> Telephone:  (202) 463-2400
> ccostantino@seyfarth.com