**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

|  |  |  |
|---|---|---|
| **SHAQUITA LIGE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **BAE SYSTEMS NORFOLK SHIP REPAIR, INC.,** | ) | **Case No. 2:23CV682 (EWH)** |
| | ) | |
| **and** | ) | |
| | ) | |
| **BAE SYSTEMS SHIP REPAIR, INC.** | ) | |
| | ) | |
| **Defendants** | ) | |

**ORDER**

Upon consideration of Defendants' Motion to Dismiss, any Opposition thereto and the entire record herein, it is this _____ day of _____, be and hereby is ORDERED, that Defendants' Motion to Dismiss is GRANTED; and that it is further ORDERED, that Plaintiff's Complaint is Dismissed with prejudice.

So ORDERED.

_____
The Honorable Elizabeth W. Hanes
United States District Judge

4

311694013v.1