# EXHIBIT 1



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Norfolk Local Office
200 Granby Street, Suite 739
Norfolk, VA 23510
(757) 600-4720
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/25/2023

**To:** Shaquita Lige
504 Pier Ct.
Virginia Beach, VA 23462

Charge No: 437-2022-00593

EEOC Representative and email:   MARY MCGEE
Federal Investigator
mary.mcgee@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 437-2022-00593.

On behalf of the Commission,

Digitally Signed By:Elizabeth A. Rader
09/25/2023

Elizabeth A. Rader
District Director

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | x \| FEPA  <br> x \| EEOC | 437-2022-00593 |

Virginia Division of Human Rights
*State or local Agency, if any*

and EEOC

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Shaquita Lige | 757-386-6322 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 504 Pier Ct. | Virginia Beach, VA 23462 | 02/21/1990 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| BAE Systems Norfolk Ship Repair | In excess of 500 | 757-494-4000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 750 West Berkley Ave | Norfolk, VA 23523 | |

| NAME | TELEPHONE NUMBER *(Include Area Code)* |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(e's))*

| | | DATE DISCRIMINATION TOOK PLACE EARLIEST *(ADEA/EPA)* LATEST *(ALL)* |
|---|---|---|
| RACE    COLOR   [x] SEX    RELIGION    AGE | | 05/2014    05/2021 |
| [x] RETALIATION    NATIONAL ORIGIN    DISABILIT    OTHER | | CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Respondent created and subjected Complainant to a hostile work environment based upon sex; discriminated against Plaintiff based upon her sex, and subjected Complainant to retaliation for her complaints.

Complainant joined Respondent's apprenticeship program and BAE assigned her to a male mechanic to provide instruction. He refused to train her and informed the head of the shop that he did not want a female apprentice. Apprentice Instructo Tony Fields told Ms. Lige that the mechanic did not want to train a woman, and that if he "doesn't want a female, that's his choice." BAE took no action against the mechanic, and Ms. Lige was reassigned to a different mechanic who was much less experienced, and who was unable to provide her the same quality of instruction. During the apprenticeship, Ms. Lige's supervisor and mechanic gave her above average performance scores; however, supervisor Clifton Sanderlin knocked down the scores, stating that Ms. Lige "needs room to improve." At the same time, a male apprentice comparable to Ms. Lige who had only been at BAE for six months was permitted to keep the above average evaluation scores he had received. Ms. Lige was later dropped from the apprenticeship program baselessly, reducing her pay rate by approximately three dollars per hour; BAE refused to promote her to Third Class Mechanic even though she was already qualified based on the certifications and classes she had completed. Sanderlin refused to take her promotion request to HR, stating baselessly that she would be denied based on attendance. In May 2021 Sanderlin again refused to support her promotion due to attendance even though Ms. Lige had pre-approved FMLA time and no attendance issues. Two equally or less qualified male apprentices were meanwhile promoted to Third Class Mechanic.

When Complainant refused to respond to supervisor Tim Eley's attempts to come on to her via text message, Eley fabricated complaints to HR against Ms. Lige, including her allegedly not being present at the worksite when required, which she subsequently disproved.

Respondent's conduct has interfered with Complainant's rights under Title VII and the terms and conditions of her employment. Complainant files this Charge on behalf of herself and all current and former female employees who have been subjected to sex discrimination, a sexually hostile work environment, and/or retaliation.

| | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| 02/25/2022 *(signature)* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date    Charging Party *(Signature)* | |

EEOC FORM 5 (Test 10/94)

The signed document can be validated at https://app.vinesign.com/Verify