# EXHIBIT 2

25 May 2021

To Whom It May Concern,

I, Shaquita Lige', am writing to inform you that I am resigning from my position as Shipfitter 1st Class Handyperson, with my last day being Thursday, May 27, 2021. I apologize for the short notice but my on-going issue of not having anyone to take care of my mother still exist. I am currently out of all available time given to me, and although my plans were to never leave the company, I feel it is best for my family and I at this time.

Thank you for the opportunity to learn and grow within the company for 7yrs, not only professionally but also personally.

Please feel free to contact me at 757-386-6322 for any additional information.

Sincerely,

Shaquita Lige'