IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

SHAQUITA LIGE,

      Plaintiff,

      v.                                      Civil Action No. 2:23-cv-682

BAE SYSTEMS NORFOLK
SHIP REPAIR, INC. *et al.*,

      Defendants.

## ORDER

Plaintiff Shaquita Lige ("Plaintiff"), appearing *pro se*, filed this action against Defendants BAE Systems Norfolk Ship Repair, Inc. and BAE Systems Ship Repair, Inc. (collectively, "Defendants"). Compl., ECF No. 3. Defendants filed a Motion to Dismiss and notified Plaintiff, in accordance with Local Civil Rule 7(K), of Plaintiff's right to respond to the motion. Mot. Dismiss at 1–2, ECF No. 6; *see* E.D. Va. Loc. Civ. R. 7(K). Plaintiff did not respond to Defendants' motion, and her deadline to do so has expired.

Based on the partial information available to the Court, Plaintiff's address of record in an unrelated case involving Plaintiff in the Virginia Beach General District Court, *Friendly Finance Corp. v. Lige,* No. GV23015164-02, appears to differ from her address of record in the instant action. *See* Gen. Dist. Ct. Online Case Info. Sys., https://eapps.courts.state.va.us/gdcourts/landing.do?landing=landing (identifying a different zip code for Plaintiff) (last visited Nov. 21, 2024). Pursuant to Local Civil Rule 7(B), "[a]ll pleadings filed by non-prisoner litigants proceeding *pro se* shall contain an address where notice can be served on such person and a telephone number where such person can be reached or a message

left." E.D. Va. Loc. Civ. R. 7(B). In light of the different address listed in Plaintiff's state court case, and to ensure compliance with Local Civil Rule 7(B), Plaintiff is ORDERED to notify the Court, in writing and within twenty-one (21) days of the entry date of this Order, of her current address and telephone number. Plaintiff is ADVISED that this case may be dismissed if Plaintiff fails to comply with the terms of this Order. *See* Fed. R. Civ. P. 41(b) (explaining that the Court may dismiss an action when a plaintiff fails to prosecute the action or fails to comply with an Order of the Court).

Further, under these circumstances, the Court finds it appropriate to grant Plaintiff an extension of time to respond to Defendants' Motion to Dismiss, if Plaintiff so chooses. Accordingly, it is hereby ORDERED that Plaintiff may file a response to Defendants' Motion to Dismiss within twenty-one (21) days of the entry date of this Order. Plaintiff is ADVISED that if she does not file a response, the Court could dismiss some or all of her claims in this matter on the basis of Defendants' submissions. *See generally Roseboro v. Garrison*, 528 F.2d 309, 310 (4th Cir. 1975).

The Clerk is DIRECTED to send a copy of this Order to Plaintiff and counsel for Defendants.

It is SO ORDERED.

/s/

_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: <u>December 3, 2024</u>

2