UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk_____ DIVISION


Plaintiff(s) Shaquita Lige         CIVIL ACTION NO. 2:23-cv-682

v.

                                   CRIMINAL NO. _____

Defendant(s) BAE Systems
Norfolk Shiprepair
INC         NOTICE OF APPEAL


Notice is hereby given that

Shaquita Lige_____ above named, hereby appeals to

the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on

the 13 day of December 2024


Shaquita Lige
Attorney or Pro Se Appellant

1401 Barlingame PL
Apt 303, Chesapeake VA, 23320
Address


Dated: 12-13-24