To whom it may concern,

I Shaquita D. Lige just gained entrence to my mail box at 1401 Barlingame PL Apt 303 Chesapeahe VA, 23320 due to my key beeing broken inside from Sept 12, 2024 until Dec 13, 2024. and my Phone number is (757) 386-6322

V/R

Shaquita Lige