1.10.2025

To whom it may concern,

    I Shaquita Lige wish to withdraw my motion to appeal the dismissal of my case.If you have any questions or concerns, feel free to contact me at (757)386-6322.


  V/R

Shaquita Lige'

*Shaquita Lige*