1.10.2025

To whom it may concern,

  I am requesting that my case not be dismissed because I was not properly promoted as the defendant's motion claims. In fact, I had to interview in 2018 for a position I already held with BAE systems (shipfitter).  I applied for third class mechanic and was given first class mechanic. I have attached my interview information and correspondence with the head of HR, who denied my request for promotion papers. If you have any questions or concerns, feel free to contact me at
(757)386-6322.

V/R
Shaquita Lige'



**11:46**  ·ıll 5G⁺ 🔋

‹ Inbox    2 Messages
**Paperwork requ...** ∧ ∨

-----Original Message-----
From: S Lige
[mailto:slige08@gmail.com]
Sent: Monday, January 08, 2018 6:27
AM
To: Angrisani, Dawn (US)
<dawn.angrisani@baesystems.com>
Subject: Paperwork request

*** WARNING ***
EXTERNAL EMAIL -- This message
originates from outside our
organization.

Good morning Dawn is there anyway
that I could get a copy of my two
Promotion request forms and tack
welding certifications

Sent from my iPhone

See More

**Found in Gmail Sent Mailbox**

---

**11:47**  ·ıll 5G⁺ 🔋

‹ Inbox    **2 Messages**  ∧ ∨

**Found in Gmail Sent Mailbox**

SL  **S Lige**                    1/8/18
To: Dawn Angrisani ›

**Re: Paperwork request**

No ma'am this is for my own personal
records and I never received a copy of
any of my promotion request which I
am entitled to. Therefore I am
requesting copies of them now.

Sent from my iPhone

On Jan 8, 2018, at 9:16 AM, Angrisani,
Dawn (US)
<dawn.angrisani@baesystems.com>
wrote:

Is this for your housing request?

I can see about getting the welding
certifications.  The promotion
requests are BAE documents that are
not released. Do you need me to write



**11:46**    5G

2 Messages

‹ Inbox    **Paperwork requ...**    ∧    ∨

Sent from my iPhone

On Jan 8, 2018, at 9:16 AM, Angrisani, Dawn (US) <dawn.angrisani@baesystems.com> wrote:

Is this for your housing request?

I can see about getting the welding certifications.  The promotion requests are BAE documents that are not released.  Do you need me to write something that shows the dates of promotions and the titles you were promoted to?

Dawn Angrisani, PHR, SHRM-CP
HR Manager

-----Original Message-----
From: S Lige
[mailto:slige08@gmail.com]



Sent from my iPhone

On Jan 10, 2018, at 12:19 PM, Whitt, Katherine (US) <katie.whitt@baesystems.com> wrote:

Dear Shaquita,

Our Hiring Manager, Mark Holt, has requested an interview with you on Requisition 33320BR – Shipfitter:

**Interview Details**
Interview Type: In-Person
Date: Thursday, January 12th at 9:30am
Location: 750 W. Berkley Avenue, Norfolk, VA – Building 423 (Old HR Building)
Special Instructions: Bring your resume

Please respond to this email confirming that you will be attending this interview.

Thank you,

**Katie Whitt**
Integrated Talent Intern – College & University Outreach
Platforms & Services Sector
BAE Systems, Inc.
T: (757) 494-4288 I E: katie.whitt@baesystems.com
750 West Berkley Avenue, Norfolk, VA 23523
www.baesystems.com
Connect with BAE Systems:

<image001.jpg><image002.jpg><image003.jpg><image004.jpg>