IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

SHAQUITA LIGE,

     Plaintiff,

     v.                                 Civil Action No. 2:23-cv-682

BAE SYSTEMS NORFOLK
SHIP REPAIR, INC., *et al.*,

     Defendants.

## **DISMISSAL ORDER**

Plaintiff Shaquita Lige, appearing *pro se*, filed this action against Defendants BAE Systems

Norfolk Ship Repair, Inc. and BAE Systems Ship Repair, Inc. (collectively, "Defendants").

Compl., ECF No. 3. On February 20, 2025, the Court granted Defendants' Motion to Dismiss as

to all of Lige's asserted claims. Order at 1–16, ECF No. 14. In deference to Lige's *pro se* status,

the Court dismissed Lige's Complaint without prejudice and granted Lige an opportunity to file

an Amended Complaint. *Id*. at 15–16. The Court specifically stated:

> If Lige chooses to do so, the Amended Complaint must be filed within twenty-one
> (21) days of the date of entry of this Order. The Amended Complaint must:
>
> (i)    be clearly labeled as Lige's Amended Complaint;
> (ii)   clearly identify the named Defendant(s);
> (iii)  clearly state, with specificity, each claim that Lige intends to assert against
>        each Defendant;
> (iv)  clearly set forth all factual allegations upon which Lige's claims are based;
>        and
> (v)   clearly explain the extent to which Lige exhausted the administrative
>        remedies on any claims that require such exhaustion.

*Id.* (footnote omitted). Additionally, the Court warned Lige that this action would be dismissed with prejudice if she failed to file an Amended Complaint that strictly complied with the terms of the February 20, 2025 Order. *Id.* at 16.

More than twenty-one days have passed, and Lige has not filed an Amended Complaint. Accordingly, for the reasons set forth herein, and for the reasons more fully explained in the Court's February 20, 2025 Order, this action is DISMISSED with prejudice.

Lige may appeal this Dismissal Order by forwarding a written notice of appeal to the Clerk of the United States District Court, Norfolk Division, 600 Granby Street, Norfolk, Virginia 23510. The written notice must be received by the Clerk within thirty (30) days of the date of entry of this Dismissal Order.

The Clerk is DIRECTED to send a copy of this Dismissal Order to Lige and counsel for Defendants.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: March 24, 2025

2