# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**SHAQUITA LIGE,**

**Plaintiff(s),**

**v.**
CASE NO.  2:23-cv-682

**BAE SYSTEMS NORFOLK**
**SHIP REPAIR, INC., *et al.,***

**Defendant(s),**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this action is DISMISSED with prejudice.

DATED:  March 24, 2025

FERNANDO GALINDO, Clerk

By____/s/____
E. Price, Deputy Clerk